| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTORNEY(S) THE LAW OFFICE OF BARBARA A. MATARAZZO, ESQ. PH: (914) 346-8088<br>1025 WESTCHESTER AVENUE, SUITE 402 WHITE PLAINS, NY 10604 | Civil Number: 13 CV 5954<br>Date Filed: 8/23/2013<br>Court/Return Date: |

Jan Allen Reiner and Alice C. Moore

vs     *Plaintiff*

The Standard Fire Insurance Co. and HUB International Northeast Limited

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Raed Ibrahim__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **September 27, 2013**, at **2:54 PM** at **New York State Department of Financial Services, One State Street, New York, NY 10004,** Deponent served the within **Civil Cover Sheet; Summons; Complaint**

On: **The Standard Fire Insurance Cco. c/o Superintendent of Insurance**, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Jenny To** said individual to be **AUTHORIZED LEGAL AGENT** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: Yellow    Color of hair: Black/Gray    Age: 51-65
Height: 5ft4in-5ft8in    Weight: 100-130 lbs    Other Features:

☒ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $40

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on September 30, 2013

Patricia Rohhfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Raed Ibrahim
Job #: 1326076   Lic# 1326602
Client's File No.: