UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Number  13 CV 5954
August 23, 2013

ATTORNEY(S): : The Law Office of Barbara A. Matarazzo, Esq.   PH: (914) 346
ADDRESS: 1025 Westchester Avenue, Suite 402  White Plains  NY  10604   File No.:

*Jan Allen Reiner and Alice C. Moore*

*Plaintiff(s)/Petitioner(s)*

vs

*The Standard Fire Insurance Co. and HUB International Northeast Limited*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF WESTCHESTER:

## AFFIDAVIT OF SERVICE

__Naeem Price__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __September 25, 2013__ at __1:03pm__, at __777 Commerce Drive, Fairfield, CT 06825__, deponent served the within __Civil Cover Sheet; Summons; Complaint__

on: __HUB International Northeast Limited__, __Defendant__ therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ENTITY ☒ By delivering thereat a true copy of each to __Jeffery Rubin__ personally, deponent knew the person so served to be the __AUTHORIZED AGENT__ of the entity authorized to accept service on behalf of the entity.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Recipient knew the respondent and confirmed said premises is respondent's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

#5 MAIL COPY ☐ On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __Male__   Color of skin: __White__   Color of hair: __Brown/Gray__   Age: __36 - 50 Yrs.__   Height: __5' 9" - 6' 0"__
Weight: __131-160 Lbs.__   Glasses __No__   Other Features: _____

#7 WIT. FEES ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER ☐

Sworn to before me on __September 27, 2013__

Maria Noeldechen
Notary Public, State Of New York
Westchester County, LIC. #01N06253002
Commission Expires 12/19/2015



Naeem Price
Server's Lic #
Invoice Work Order 1326073

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294