Buchwald, N

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JAN ALLEN REINER and ALICE C. MOORE,    :   ECF CASE
                Plaintiffs,    :   Case No. 1:13-cv-05954-NRB
                                                     :
                  -against-    :
                                                 :
THE STANDARD FIRE INSURANCE CO.    :   STIPULATION
and HUB INTERNATIONAL NORTHEAST    :   EXTENDING TIME TO
LIMITED,    :   RESPOND TO COMPLAINT
                Defendants.    :
---------------------------------------------------------------- X

       IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiffs and Defendant The Standard Fire Insurance Company ("Standard Fire") that Standard Fire's deadline to answer or otherwise respond to the Complaint shall be November 18, 2013. Standard Fire's deadline to answer or otherwise respond to the Complaint is currently October 18, 2013. This is the first request for an extension. Standard Fire requests the extension to allow it time to investigate Plaintiffs' claims and Standard Fire's defenses and counterclaims. This stipulation does not affect any other scheduled dates.

       IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated:

| | |
|---|---|
| THE LAW OFFICE OF BARBARA A. MATARAZZO | CARTER LEDYARD & MILBURN LLP |
| By: _____<br>Barbara A. Matarazzo, Esq. (8380)<br>1025 Westchester Ave., Suite 402<br>White Plains, NY 10601<br>Telephone: (914) 346-8088<br>bamatarazzo@gmail.com<br>*Attorney for Plaintiffs* | By: _____<br>Judith A. Lockhart, Esquire<br>Leonardo Trivigno, Esquire<br>2 Wall Street<br>New York, New York 10005<br>Telephone: (212) 732-3200<br>lockhart@clm.com<br>trivigno@clm.com<br><br>-and- |

STRADLEY, RONON, STEVENS &
YOUNG, LLP
Craig Russell Blackman, Esquire
Antranig Garibian, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
agaribian@stradley.com
*Attorneys for Defendant, The Standard
Fire Insurance Company*

SO ORDERED:
*[signature]* Naomi Reice Buchwald
U.S.D.J.
10/9/13

# 1826788