

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Steven L. Young
Direct Dial: (914) 872-7252
Steven.Young@wilsonelser.com

October 16, 2013

**VIA ECF**

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Reiner and Moore v. Standard Fire Ins. Co and Hub International Northeast
Civ No. 1:13-CV-05954 NRB

Dear Judge Buchwald:

We are the attorneys for the defendant HUB International Northeast Limited in the above-referenced action. Enclosed for your signature is the **Stipulation agreed upon by the attorney for the Plaintiffs** extending my client's time to Answer or otherwise respond to the Complaint from **October 16, 2013 to November 16, 2013**. This is the **first request** for an extension of time and will allow us to review our client's files and investigate this matter prior to responding.

Thank you for your courtesy in this matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Steven L. Young

Enclosure

cc: Barbara Matarazzo, Esq. (bamatarazzo@gmail.com)

4778667.1