Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: 212-732-3200
lockhart@clm.com
trivigno@clm.com

Craig Russell Blackman, Esq.
Antranig N. Garibian, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
agaribian@stradley.com
*Attorneys for Defendant, The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
JAN ALLEN REINER and ALICE C. MOORE, : ECF CASE
:
              Plaintiffs, : Case No. 1:13-cv-05954-NRB
:
              -against- :
:
THE STANDARD FIRE INSURANCE CO. : **NOTICE OF APPEARANCE**
and HUB INTERNATIONAL NORTHEAST :
LIMITED, :
             Defendants. :
---------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for Defendant, The Standard Fire Insurance Company. I certify that I am admitted to practice before this Court.

7311071.1

Dated: November 6, 2013
      New York, New York

CARTER LEDYARD & MILBURN LLP

By:   /s/ Judith A. Lockhart
Judith A. Lockhart
2 Wall Street
New York, New York 10005
Tel: (212) 732-3200
Email: lockhart@clm.com

*Attorneys for Defendant The Standard Fire Insurance Company*

-2-
7311071.1