Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: 212-732-3200
lockhart@clm.com
trivigno@clm.com

Craig Russell Blackman, Esq.
Antranig N. Garibian, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
agaribian@stradley.com
*Attorneys for Defendant, The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

| | |
|---|---|
| JAN ALLEN REINER and ALICE C. MOORE, | ECF CASE |
| Plaintiffs, | Case No. 1:13-cv-05954-NRB |
| -against- | |
| THE STANDARD FIRE INSURANCE CO. and HUB INTERNATIONAL NORTHEAST LIMITED, | **NOTICE OF APPEARANCE** |
| Defendants. | |

-----------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Defendant, The Standard Fire Insurance Company. I certify that I am admitted to practice before this Court.

7311070.1

Dated: November 6, 2013
      New York, New York

                               CARTER LEDYARD & MILBURN LLP

                               By: /s/ Leonardo Trivigno

                               Leonardo Trivigno
                               2 Wall Street
                               New York, New York 10005
                               Tel: (212) 732-3200
                               Email: trivigno@clm.com

                               *Attorneys for Defendant The Standard Fire Insurance Company*